IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORCHOCK, | Civil Action No.: 2:17-CV-01494-DSC |
| Plaintiff, | |
| | **JURY TRIAL DEMANDED** |
| vs. | |
| FIRSTENERGY CORP., FIRSTENERGY GENERATION, LLC, FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP., | **PLAINTIFF'S MOTION FOR RELIEF FROM STAY** |
| Defendants. | |

## PROPOSED ORDER

AND NOW this _____ day of _____, _____ after having given due consideration of the foregoing Motion for Relief from the Stay order issued on June 6, 2018 and entered as Document 26, to Proceed with Personal Injury Claims Against Debtors and in light of the stipulation executed on behalf of Debtors, the FirstEnergy Corp., FirstEnergy Generations, et al, and Trustee, it appearing that good cause has been shown for the relief sought by the Plaintiff in said Motion, it is hereby Ordered, Adjudged and Decreed as follows:

(a)     That Michael Gorchock, be and hereby is granted relief from the stay Order issued by the Court on June 6, 2018 and entered as Document 26, for the purpose of proceeding with his civil cause of action against the debtors.

_____

_____

_____ J.