IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL GORCHOCK,** | Consolidated at 2:17cv1494 |
| Plaintiff, | |
| v. | **WITHDRAWAL AND NOTICE OF APPEARANCE** |
| **FIRSTENERGY CORP., FIRSTENERGY GENERATION LLC,** and **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.,** | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| **ENERFAB, INC.,** | |
| Third-Party Defendant. | |

--------------------------------------------------------

**ALISA M. GORCHOCK**, as Administratrix of THE ESTATE OF JOHN M. GORCHOCK and In Her Own Right,

Plaintiff,

v.

**FIRSTENERGY CORP., FIRSTENERGY GENERATION LLC, FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP., MASCARO CONSTRUCTION COMPANY LP D/B/A MASCARO CONSTRUCTION COMPANY**, and **MASCARO SERVICES, INC.,**

Defendants and Third-Party Plaintiffs,

v.

**ENERFAB, INC.,**

Third-Party Defendant.
--------------------------------------------------------

1

**KERRI ANN BACHNER as** Administratrix of THE ESTATE OF KEVIN BACHNER and In Her Own Right,

Plaintiff,

v.

**FIRSTENERGY CORP., FIRSTENERGY GENERATION LLC, FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP., MASCARO CONSTRUCTION COMPANY LP D/B/A MASCARO CONSTRUCTION COMPANY**, and **MASCARO SERVICES, INC.,**

Defendants and Third-Party Plaintiffs,

v.

**ENERFAB, INC.,**

Third-Party Defendant.
-------------------------------------------------------

**THOMAS CANTWELL, )**

Plaintiff,

v.

**FIRSTENERGY CORP., FIRSTENERGY GENERATION LLC, FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP., MASCARO CONSTRUCTION COMPANY LP D/B/A MASCARO CONSTRUCTION COMPANY**, and **MASCARO SERVICES, INC.,**

Defendants and Third-Party Plaintiffs,

v.

**ENERFAB, INC.,**

Third-Party Defendant.
-------------------------------------------------------

## WITHDRAWAL AND NOTICE OF NOTICE OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Shawna J. English and enter the appearance of Shawna J. Henry on behalf of Defendant URS Corporation.

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Shawna J. Henry*
Amy Joseph Coles Pa ID No. 89482
Kevin M. Eddy PA ID No. 92904
Ricky M. Guerra PA ID No. 93264
Shawna J. Henry PA ID No. 316881
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Phone: (412) 932-2800
acoles@blankrome.com
keddy@blankrome.com
rguerra@blankrome.com
shenry@blankrome.com

Counsel for URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal and Notice of Appearance was served upon counsel of record this 20th day of July, 2021 via the ECF filing system.

/s/ Shawna J. Henry