IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS CANTWELL**<br><br>*And*<br><br>**KERRI ANN BACHNER as Administratrix of THE ESTATE OF KEVIN BACHNER and In Her Own Right**<br><br>*And*<br><br>**ALISA M. GORCHOCK as Administratrix of THE ESTATE OF JOHN M. GORCHOCK and In Her Own Right**<br><br>*Plaintiff*<br>v.<br><br>**FIRSTENERGY CORP., et al.**<br><br>*Defendants* | Case No.  2:17-CV-1494<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

TO THE PROTHONOTARY:

Pursuant to F.R.C.P. 41, and subject to, in reliance upon, and incorporating by reference the terms set forth in Stipulation Relative to Dismissal of Mascaro Defendants, filed of record with this court, Plaintiffs hereby dismisses Defendants Mascaro Construction Company and Mascaro Services, Inc. only, with prejudice. No other Defendants to this matter or any related matters are dismissed. The claims against all other Defendants remain.

**EDGAR SNYDER & ASSOCIATES**

By: */s/ Brad Trust*_____
Brad D. Trust, Esq.
IDENTIFICATION NO.: 83748
600 GRANT STREET, FL 10
PITTSBURGH, PA 15219

**SALTZ MONGELUZZI & BENDESKY**

By: _/s/ David L. Kwass_____
   Robert J. Mongeluzzi, Esq.
   David L. Kwass, Esq.
   Elizabeth A. Bailey, Esq.
   IDENTIFICATION NO.: 36283/65856/316689
   52ND FLOOR
   1650 MARKET STREET
   PHILADELPHIA, PA  19103
   (215) 496-8282

  Attorneys for Plaintiffs

Date: August 3, 2021