# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORCHOCK,<br><br>    Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>    Defendants; Third-Party Plaintiffs,<br><br>v.<br><br>ENERFAB, INC.,<br><br>    Third-Party Defendant. | Civil Action No. 2:17-cv-01494-DSC<br><br>Consolidated for discovery purposes with: 19-1323, 19-1324, 19-1325, 19-1329, 17-1496, 17-1497, 17-1499. |

## **MOTION FOR PROTECTIVE ORDER**

For the reasons set forth in FirstEnergy Corp.'s Brief in Opposition to Plaintiffs' Motion to Compel the Deposition of Steven R. Staub and In Support of Its Motion for Protective Order ("Brief"), Plaintiff should not be permitted to depose Mr. Staub. If such deposition is permitted, and for the reasons set forth in its Brief (at 12), FirstEnergy Corp. hereby moves for a Protective Order: (1) limiting the deposition to two hours; and (2) limiting the deposition to relevant topics.

WHEREFORE, FirstEnergy Corp. respectfully requests that his Honorable Court enter a Protective Order limiting the duration and topics for Mr. Staub's deposition. A proposed Order is attached.

Respectfully submitted,

/s/ *Benjamin T. Verney*
Matthew R. Divelbiss (Pa I.D. 200510)
Benjamin T. Verney (Pa I.D. 309797)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Phone: (412) 391-3939
Facsimile: (412) 394-7959
Email: mrdivelbiss@jonesday.com
Email: bverney@jonesday.com

*Counsel for Defendant/Third-Party Plaintiff, FirstEnergy Corp.*

## CERTIFICATE OF CONFERRAL

I hereby certify that FirstEnergy Corp. conferred in good faith in accordance with Fed. R. Civ. P. 26(c)(1) in an effort to resolve the aforementioned dispute without Court action. *See* Brief at Ex. 3.

*/s/ Benjamin T. Verney*
Counsel for FirstEnergy Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2022 a true and correct copy of the foregoing was served on counsel of record via ECF.

                                                                 */s/ Benjamin T. Verney*
                                                      Counsel for FirstEnergy Corp.