UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORCHOCK,<br><br>   Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORP., *et al.*,<br><br>   Defendants; Third-Party Plaintiffs,<br><br>v.<br><br>ENERFAB, INC.,<br><br>   Third-Party Defendant. | Civil Action No. 2:17-cv-01494-DSC<br><br>Consolidated for discovery purposes with:<br>19-1323, 19-1324, 19-1325, 19-1329, 17-1496, 17-1497, 17-1499. |

**[PROPOSED] PROTECTIVE ORDER**

AND NOW, this ___ day of _____, 2022, upon consideration of FirstEnergy Corp.'s Motion for Protective Order and brief in support, IT IS HEREBY ORDERED that FirstEnergy Corp.'s Motion is GRANTED. Plaintiffs' deposition of Steven R. Staub is hereby limited to two hours in length and confined to topics relating to Plaintiffs' negligence claims arising from the August 2017 accident at the Bruce Mansfield coal-fired power plant located in Shippingport, Pennsylvania. Plaintiffs may not pursue topics unrelated to their claims including, but not limited to, topics related to the Deferred Prosecution Agreement ("DPA") in the Southern District of Ohio. The Court reserves the right to impose further limits during the course of the deposition.

_____
DAVID STEWART CERCONE
UNITED STATES DISTRICT JUDGE