# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Gorchock, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:17-cv-01494 |
| | ) |
| v. | ) |
| | ) |
| FirstEnergy Corp., et al., | ) |
| | ) |
| Defendants. | ) |

## **REPORT OF NEUTRAL**

A Mediation session was held in the above-captioned matter on April 25 and 26, 2022.

The case (please check one):

___X___ has resolved

_____ has resolved in part (see below)

_____ has not resolved.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____


Date: April 29, 2022              /s/David B. White, Esquire
                                  Signature of Neutral