# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORCHOCK, <br><br> Plaintiff, <br><br> v. <br><br> FIRSTENERGY CORP., FIRSTENERGY GENERATION LLC, FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP., <br><br> Defendants. | Civil Action No. 2:17-cv-01494-DSC |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF BENJAMIN T. VERNEY

Pursuant to Rule 83.2(C) of the Local Rules of Court for the U.S. District Court for the Western District of Pennsylvania, the undersigned moves to withdraw as one of the attorneys for FirstEnergy Corp. in the above-captioned lead action and consolidated matter Nos. 2:17-cv-01496, 2:17-cv-01497, and 2:17-cv-01499, as the undersigned will no longer be associated with the law firm of Jones Day as of July 1, 2022.

Defendant FirstEnergy Corp. will continue to be represented by Matthew R. Divelbiss from Jones Day who has entered an appearance on behalf of FirstEnergy Corp. in this matter.

A Proposed Order is filed herewith.

Respectfully submitted,

 /s/ Benjamin T. Verney
Benjamin T. Verney (Pa. I.D. No. 309797)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
bverney@jonesday.com

Dated: June 27, 2022