# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORCHOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:17-cv-1494 |
| v. ) | |
| ) | JUDGE CERCONE |
| FIRST ENERGY GENERATION LLC, ) | |
| FIRSTENERGY CORP. and FIRSTENERGY ) | |
| GENERATION MANSFIELD UNIT 1 CORP., ) | |
| ) | |
| Defendants/Third-Party ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ENERFAB, INC. ) | |
| ) | |
| Third-Party Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of the above-captioned matter, including all claims and third-party claims, with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/Richard Urick | /s/ Kathy K .Condo |
| Richard Urick, Esquire | Kathy K. Condo Esq. |
| PA I. D. # 30997 | PA I.D. #34910 |
| McMillen, Urick, Tocci & Jones | Joshua S. Snyder |
| 2131 Broadhead Road | PA I.D. #315845 |
| Aliquippa, PA  15001 | Alexandra G. Farone |
| (724) 375-6683 | PA I.D. #324300 |
| | Carla M. Castello |
| *Counsel for Plaintiff Michael Gorchock* | PA I.D. #326808 |
| | Babst, Calland, Clements and Zomnir, P.C. |
| | Two Gateway Center, 9th Floor |
| | Pittsburgh, PA 15222 |
| | (412) 394-5400 |
| | |
| | *Counsel for Defendants/Third-Party Plaintiffs, FirstEnergy Generation LLC and FirstEnergy Generation Mansfield Unit 1 Corp* |
| | |
| /s/Matthew R. Divelbiss | /s/ Darren M. Newberry |
| Matthew R. Divelbiss Esq. | Thomas P. Birris Esq. |
| PA I.D. #200510 | PA ID #49479 |
| JONES DAY | Darren M. Newberry Esq. |
| 500 Grant Street, Suite 4500 | PA ID #307551 |
| Pittsburgh, PA 15219 | Marshall Dennehy Warner Coleman & Goggin |
| (412) 394-7297 | Union Trust Building, Suite 700 |
| | 501 Grant Street |
| *Counsel for Defendant/Third-Party Plaintiff, FirstEnergy Corp.* | Pittsburgh, PA  15219 |
| | (412) 803-1140 |
| | |
| | *Counsel for Third-Party Defendant Enerfab, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __10th__ day of August, 2022, a true and correct copy of the Joint Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/Richard Urick
      Richard Urick Esq, Attorney for Plaintiff

      Michael Gorchock